ROBERT J. GANDY (State Bar No. 225405)
rjg@severson.com
DOUGLAS C. STASTNY (State Bar No. 269470)
dcs@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
BANK OF AMERICA, N.A., on its own behalf and as successor by merger to BAC Home Loans Servicing, LP (erroneously sued as BAC Home Loans Servicing, LP)

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| KEVIN D. LEWIS, an individual and KIM E. LEWIS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., BAC Home Loans Servicing, LP, SELECT PORTFOLIO SERVICING, INC. a subsidiary of Credit Suisse, and DOES 1 THROUGH 500, inclusive,<br><br>Defendants. | Case No. 2:13-cv-07717 CAS (VBKx)<br>Hon. Christina A. Snyder<br>Ctrm. 5<br><br>**ORDER GRANTING DEFENDANTS' STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>Action Filed:   August 30, 2013<br>Removal Filed: October 18, 2013<br>Trial Date:     None Set |

**O R D E R**

Plaintiffs Peter and Rosalinda Mueller (collectively, "Plaintiffs"), by counsel, and Defendants BANK OF AMERICA, N.A., on its own behalf and as successor by merger to BAC Home Loans Servicing, LP (erroneously sued as BAC Home Loans Servicing, LP) and SELECT PORTFOLIO SERVICING, INC. (collectively, Defendants"), by counsel, having filed their Stipulation of Dismissal with Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be GRANTED.

IT IS, THEREFORE, ORDERED, that all claims of Plaintiffs that were or could have been asserted in the current lawsuit against Defendants are dismissed, with prejudice.  Plaintiffs and Defendants shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  March 16, 2015

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT